**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| PARAHKIYAH YISRAEL-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | No. 4:25-cv-00053-SEP |
| ) | |
| ST. LOUIS COUNTY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Self-represented Plaintiff Parahkiyah Yisrael-Bey filed this civil rights action on January 10, 2025. Doc. [1]. Plaintiff neither paid the $405 filing fee nor filed a motion to proceed without prepayment of fees or costs. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). Also, after review of the Complaint, the Court will also order Plaintiff to amend her pleading on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A).

As currently written, Plaintiff's allegations are conclusory and fail to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915. Plaintiff filed her civil rights action against St. Louis County, pursuant to 42 U.S.C. § 1983. She asserts that after the death of a family member, she wanted to have a "green burial" in her backyard. Plaintiff purports that she was told by an unnamed funeral home employee that she could not do so due to an unspecified St. Louis County municipal code. But Plaintiff has not indicated that her home is in St. Louis County or that a St. Louis County official prohibited her from doing anything. Therefore, the Court finds that Plaintiff has not stated a claim against St. Louis County in this action. *See Ulrich v. Pope Cty.*, 715 F.3d 1054, 1061 (8th Cir. 2013) (affirming district court's dismissal of *Monell* claim where Plaintiff "alleged no facts in his complaint that would demonstrate the existence of a policy or custom" that caused the alleged deprivation of Plaintiff's rights).[1]

Because Plaintiff is representing herself, the Court will allow Plaintiff to amend her pleading on a Court-provided form. *See* Local Rule 2.06(A). The filing of an amended complaint completely replaces the original complaint, so Plaintiff must include in the amended

---

[1] Plaintiff appears to suggest that she should be able to have a "green burial" on her property because she is Native American. She asserts that, "States have no jurisdiction over Indians or Indian affairs" and that American Indians have buried on our lands since time immemorial, but she does not actually allege that she is Native American. *See* Doc. [1] at 5.

complaint every claim she wishes to pursue. *See, e.g.*, *In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Any claims from the original complaint that are not included in the amended complaint will be deemed abandoned. *Id*. The allegations may not be conclusory; they must show how each named defendant is personally involved in or directly responsible for the alleged harm. All of Plaintiff's claims should be clearly set forth in the "Statement of Claim."

If Plaintiff fails to file an amended complaint that complies with this Court's instructions within 21 days, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Plaintiff a copy of the Court's Civil Complaint form and a copy of the Application to Proceed in District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that, within **twenty-one (21) days** of the date of this Order, Plaintiff shall file an amended complaint on the Court's Civil Complaint form in compliance with the Court's instructions.

**IT IS FURTHER ORDERED** that, within **twenty-one (21) days** of the date of this Order, Plaintiff shall either pay the $405 filing fee or submit a completed Application to Proceed in District Court without Prepaying Fees or Costs.

**IT IS FINALLY ORDERED** that Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.

Dated this 9th day of April, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE